AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Monday, 22 February, 2010 01:16:36 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**CHARLES BROWN,**
**Plaintiff,**

vs.  Case Number: **07-2209**

**DAVID GRIFFET, ET AL.,**
**Defendants.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of all the defendants and against the plaintiff. This case is terminated in its entirety.

ENTER this 22nd day of February 2010.

Pamela E. Robinson, Clerk
PAMELA E. ROBINSON, CLERK


s/K, Wynn
BY: DEPUTY CLERK